ACCEPTED
03-14-00725-CV
3629068
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/31/2014 1:29:17 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00725-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/31/2014 1:29:17 PM
JEFFREY D. KYLE
Clerk

In the Third Court of Appeals
Austin, Texas

**GEORGE GREEN AND GARLAN GREEN,**
*Appellants*

**v.**

**PORT OF CALL HOMEOWNERS ASSOCIATION, ET AL.,**
*Appellee*

**APPEAL FROM CAUSE NO. 18314
33RD JUDICIAL DISTRICT COURT OF LLANO COUNTY, TEXAS
HON. ALLAN GARRETT, PRESIDING**

**MOTION TO EXTEND TIME FOR FILING
APPELLANTS' BRIEF**

TO THE HONORABLE THIRD COURT OF APPEALS:

George Green and Garlan Green, the Appellants, move this court to grant an extension of time to file Appellant's Brief and respectfully seeks such relief based on the following:

1. The Order appeal from was entered on or about October 21, 2014. The Notice of Appeal in this matter was filed on or about November 7, 2014

(mailbox rule). The Clerk's Record was filed on or about December 12, 2014. The Appellants' Brief in this matter is due on or before January 2, 2015.

2. This extension of time is necessary because counsel for Appellants was preparing for and in jury trial in Cause No. 10-2037; *Gary Huebner, et al. v. Memory Lane Event Center, LLC, et al.*; In the 274th Judicial District Court, Hays County, Texas, the Honorable Gary Steel, Presiding. This trial began on November 10, 2014 and continued until settled and the jury dismissed on December 10, 2014. Appellants' counsel was also preparing for and in a hearing in Hill County, Texas on December 11, 2014 in Cause No. 50,220; *In the Interest of Autika Riley, Ameress Delarosa, and Shaleigh Riley*; In the 66th Judicial District Court of Hill County, Texas, preparing from and in a bench trial on December 22, 1014 in Cause No. 14-037; *In the Interest of Kaitlyn Maynard and Emma Maynard*; In the 207th Judicial District Court, Hays County, Texas and on December 23, 2014 in mediation in Cause No. 12-0361; *Janice Kolby as Guardian of the Estate of Edna Moon v. Susan England and Casey Lee*; In the 207th Judicial District Court, Hays County, Texas

3. Because of these settings, counsel for Appellants has been unable to adequately and appropriately prepare the brief in this appeal. This is the first extension of time Appellant has sought for the filing of the Appellants' Brief and no additional requests for extension are expected from Appellants.

For these reasons, George Green and Garlan Green, Appellants, request that this court render an order extending the time for filing Appellant's Brief to and including January 12, 2015. Appellants also request any other relief to which they may be entitled.

Respectfully submitted,

Law Office of David Junkin
15401 RR12, Suite 105
P.O. Box 2910
Wimberley, TX  78676
512/847-8600
512/847-8604 (fax)

_____

David Junkin
State Bar No. 11058020

Attorney for Appellants, George and Garlan Green

## CERTIFICATE OF CONFERENCE

This is to certify that Mr. Pringle, attorney for Appellee Port of Call Homeowners Association, does not oppose this request.

_____
David Junkin

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was served on December 31, 2014, in the manner indicated below and on the following person(s):

**VIA FACSIMILE OR EFILE**

L. Hayes Fuller, III
Naman, Howell, Smith, & Lee, PLLC
P.O. Box 1470
Waco, TX  76703-1470

**VIA FACSIMILE OR EFILE**

Brantley Ross Pringle, Jr.
Heidi Coughlin
Wright & Greenhill, PC
221 West 6th Street, Suite 1800
Austin, TX  78701

_____
David Junkin